No. 97–1666. BRYAN ET UX. *v.* CLAYTON ET AL. Dist. Ct. App. Fla., 5th Dist. Motion of American Association of Retired Persons et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–1683. ROWLAND ET AL. *v.* GOODSON ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 97–1697. INOCO LTD. *v.* GOODSON ET AL. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 97–9486 (A–944). PYLES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–1164. GLEASON, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF GLEASON, DECEASED *v.* NOYES ET AL., 523 U. S. 1072;

No. 97–1405. SAID *v.* RUNYON, POSTMASTER GENERAL, 523 U. S. 1076;

No. 97–1412. MAHER *v.* LONG ISLAND UNIVERSITY ET AL., 523 U. S. 1076;

No. 97–1467. PETERSON *v.* WISCONSIN DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS ET AL., 523 U. S. 1076;

No. 97–7840. RIVERA *v.* FLORIDA, 523 U. S. 1052;

No. 97–7893. ALLARD *v.* ELO, WARDEN, 523 U. S. 1081;

No. 97–7915. FOLLETT *v.* ARIZONA, 523 U. S. 1081;

No. 97–8155. BROCKMAN *v.* SWEETWATER COUNTY SCHOOL DISTRICT NO. 1, 523 U. S. 1089;

No. 97–8173. BARRIER *v.* JOHNSON ET AL.; and BARRIER *v.* MARIN GENERAL HOSPITAL ET AL., 523 U. S. 1110; and

No. 97–8234. IN RE GRIFFIN, 523 U. S. 1058. Petitions for rehearing denied.